United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 20-11003-amc

Vadim Likhonos                                           Chapter 13

Olga Feldfuks

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                                  Page 1 of 4

Date Rcvd: Jan 28, 2025                         Form ID: 138OBJ                                  Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vadim Likhonos, Olga Feldfuks, 803 Selmer Road, Philadelphia, PA 19116-3437 |
| 14478162 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP, 950 New Loudon Road, Latham, New York 12110-2190 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 29 2025 02:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2025 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14469584 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2025 02:15:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14492618 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 29 2025 02:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14469585 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 02:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14523695 | | Email/Text: megan.harper@phila.gov | Jan 29 2025 02:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14469586 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:48:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14481460 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2025 00:48:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14469588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:49:56 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14498116 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:00:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14469589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:48:38 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14469590 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:15:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-11003-amc  Doc 53  Filed 01/30/25  Entered 01/31/25 00:39:41  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14469591 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:15:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14469592 | Email/Text: mrdiscen@discover.com | Jan 29 2025 02:15:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14473235 | Email/Text: mrdiscen@discover.com | Jan 29 2025 02:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14469594 | Email/Text: collecadminbankruptcy@fnni.com | Jan 29 2025 02:15:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14469593 | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 29 2025 02:15:00 | Fifth Third Bank, Fifth Third Bank Bankruptcy Department, Maildrop RCSB3E/1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 14473430 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jan 29 2025 02:15:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14473796 | + Email/Text: amps@manleydeas.com | Jan 29 2025 02:15:00 | Fifth Third Bank, National Association, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14497422 | ^ MEBN | Jan 29 2025 00:15:48 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 14469595 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 29 2025 02:15:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14497796 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2025 02:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14469587 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:48:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14488308 | + Email/Text: RASEBN@raslg.com | Jan 29 2025 02:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14510967 | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 29 2025 02:15:00 | Key Bank, PO Box 89446, Cleveland, OH 44101-6446 |
| 14496434 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2025 00:49:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14469596 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:15:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14844444 | ^ MEBN | Jan 29 2025 00:15:46 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14489199 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14493240 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2025 02:15:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14491554 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 00:48:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14488167 | ^ MEBN | Jan 29 2025 00:15:47 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14495916 | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2025 02:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14497521 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2025 00:48:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, 4515 N.Santa Fe, Oklahoma City OK 73118-7901 |
| 14469597 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:40 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po |

Case 20-11003-amc   Doc 53   Filed 01/30/25   Entered 01/31/25 00:39:41   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 14469598 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 01:00:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14469599 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:49:42 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14469601 | | Email/Text: bankruptcy@td.com | Jan 29 2025 02:15:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14496256 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14469600 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:15:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14495583 | *+ | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14473790 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2025                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Fifth Third Bank National Association amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 28, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@pincuslaw.com

MICHAEL SETH SCHWARTZ
    on behalf of Joint Debtor Olga Feldfuks msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ
    on behalf of Debtor Vadim Likhonos msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

Stephen Franks
    on behalf of Creditor Fifth Third Bank  National Association amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*Form 138OBJ* (6/24)−doc 52 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Vadim Likhonos | ) | Case No. 20−11003−amc |
| | ) | |
| | ) | |
|   Olga Feldfuks | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 28, 2025

For The Court

Timothy B. McGrath
Clerk of Court