**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Vadim Likhonos** | : | **Case No.: 20-11003** |
| **Olga Feldfuks** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Fifth Third Bank, National Association** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks
Stephen R. Franks (0075345)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
SRFranks@mdklegal.com

/s/ Adam B. Hall
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
ABHall@mdklegal.com

20-006553_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-11003** |
| **Vadim Likhonos** | : **Chapter 13** |
| **Olga Feldfuks** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Fifth Third Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Vadim Likhonos** | : |
| **Olga Feldfuks** | : |
| **Kenneth E. West** | : |
| **Respondents.** | : |

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

MICHAEL SETH SCHWARTZ, Attorney for Vadim Likhonos and Olga Feldfuks, msbankruptcy@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Vadim Likhonos and Olga Feldfuks, 803 Selmer Road, Philadelphia, PA  19116

/s/ Adam B. Hall

20-006553_PS